1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DUTTON LANDSCAPE SERVICES, et al.,<br><br>Defendants. | Case No. 1:24-cv-00742-SAB<br><br>ORDER CONSTRUING NOTICE OF STATUS OF SERVICE AS NOTICE OF SETTLEMENT, VACATING ALL MATTERS, AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 7)<br><br>**NINETY DAY DEADLINE** |

16

17

18

19

20

21

22

23

24

25

On June 24, 2024, Plaintiff State National Insurance Company ("SNIC") commenced this action. (ECF No. 1.) On October 11, 2024, the Court issued an order requiring Plaintiff to file a notice regarding the status of service on Defendants Dutton Landscape Services and Ryan Dutton. (ECF No. 6.) On October 15, 2024, Plaintiff filed a notice wherein it described its correspondence with Defendants and its unsuccessful attempts to complete service because Defendant Dutton had relocated to Idaho. (ECF No 7, ¶¶ 2-4.) Plaintiff then informed the Court that discussions between Defendants and Plaintiff "resulted in settlement of the controversies between themselves in connection with the CalFire Case and the instant action," and that a settlement agreement was executed on October 10, 2024. (Id. at ¶¶ 5-6.) In light of the foregoing, the Court construes Plaintiff's filing as a notice of settlement. L.R. 160(a).

26

27

28

Pursuant to Local Rule 160(b), the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b). Plaintiff proffers that, pursuant to the settlement agreement, once 90 days of

1   SNIC-funded defense of the CalFire case expires, SNIC will prepare and file a notice of

2   dismissal with prejudice.  The Court finds good cause exists to extend the time period to file

3   dispositional documents.

4       Accordingly, it is HEREBY ORDERED that:

5       1.     All pending matters and dates in this action are VACATED; and

6       2.     Plaintiff shall file dispositional documents within **ninety (90) days** of entry of

7          this order.

10   IT IS SO ORDERED.

11   Dated:    **October 16, 2024**

                         UNITED STATES MAGISTRATE JUDGE

2