1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DUTTON LANDSCAPE SERVICES, et al.,<br><br>Defendants. | Case No. 1:24-cv-00742-SAB<br><br>ORDER GRANTING REQUEST TO CONTINUE DEADLINE TO FILE DISPOSITIONAL DOCUMENTS<br><br>**JANUARY 27, 2025 DEADLINE** |

On October 15, 2024, Plainitff filed what the Court construed as a notice of settlement, and the Court issued an order directing dispositional documents to be filed within ninety days. (ECF Nos. 7, 8.)  On January 14, 2025, Plaintiff filed a notice of status of settlement, requesting an additional ten days to file dispositional documents.  (ECF No. 23.)  For good cause shown, the Court grants the request and ORDERS that the parties shall have through January 27, 2025, to file dispositional documents.  Any further request for an extension must be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:  **January 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge